John McCullough, Appellant, *v.* Oliver L. Blachley.

Argued Oct. 31, 1898. Appeal, No. 31, Oct. T., 1898, by plaintiff, from order of C. P. No. 3, Allegheny County, Feb. T., 1896, No. 64, refusing to take off nonsuit. Before GREEN, WILLIAMS, McCOLLUM, MITCHELL, DEAN and FELL, JJ. Reversed.

OPINION BY MR. JUSTICE DEAN, November 14, 1898:

The facts and law in this case are precisely the same as in executors of Joseph Beabout against same defendant in which opinion has this day been handed down.

For the reasons therein given, this judgment is reversed and a procedendo is awarded.